IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Pedro A. Quant, | NO. C 10-01262 JW |
|         Petitioner, | **JUDGMENT** |
| v. | |
| Fernando Gonzalez, | |
|         Respondent. | |

Pursuant to the Court's November 24, 2010 Order Granting Respondent's Motion to Dismiss Habeas Petition; Denying Certificate of Appealability, judgment is entered in favor of Respondent Fernando Gonzalez and against Petitioner Pedro A. Quant.

The Clerk shall close this file.

Dated: November 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arturo Hernandez-Melendez artlawoff@aol.com
Jill Marietta Thayer jill.thayer@doj.ca.gov

**Dated:  November 24, 2010**                    **Richard W. Wieking, Clerk**

                                                  **By:      /s/ JW Chambers
                                                       Elizabeth Garcia
                                                       Courtroom Deputy**